**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on June 30, 2010**

*Raymond B Ray*
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10–17267–RBR
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Maria Teresa Juarbe–Perez
511 NW 205th Ave
Pembroke Pines, FL 33029

SSN: xxx–xx–0633

## FINAL DECREE

The trustee, Marika Tolz, having filed a final report that the estate has been fully administered, is discharged and the case is closed.